No. 86–6266.  MIDDLETON *v.* OREGON.  Appeal from Ct. App. Ore. dismissed for want of substantial federal question.  █

No. 86–5699.  GORMAN *v.* MARYLAND.  Ct. Sp. App. Md. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.  Judgment vacated and case remanded for further consideration in light of *Griffith* v. *Kentucky*, 479 U. S. 314 (1987).  █

No. — – ——.  EVANS *v.* FOLTZ, WARDEN; and

No. — – ——.  DRIVERS, CHAUFFEURS & HELPERS LOCAL UNION NO. 639, AFFILIATED WITH INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA *v.* NATIONAL LABOR RELATIONS BOARD ET AL. Motions to direct the Clerk to file the petitions for writs of certiorari out of time denied.

No. A–535.  LEWINGDON ET AL. *v.* CELESTE ET AL.  C. A. 6th Cir.  Application for certificate of probable cause, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. A–610.  IN RE GRACEY.  C. A. 3d Cir.  Application for stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. A–633.  GRAHAM, AS EXECUTOR OF THE ESTATE OF GRAHAM *v.* TELEDYNE-CONTINENTAL MOTORS, A DIVISION OF TELEDYNE INDUSTRIES, INC., ET AL.  C. A. 9th Cir.  Application for recall and stay of mandate and injunction, addressed to THE CHIEF JUSTICE and referred to the Court, denied.  JUSTICE BRENNAN and JUSTICE STEVENS would grant the application.

No. D–578.  IN RE DISBARMENT OF ALKER.  Disbarment entered.  [For earlier order herein, see 479 U. S. 912.]

No. D–596.  IN RE DISBARMENT OF KRAMER.  Disbarment entered.  [For earlier order herein, see 479 U. S. 1025.]